**DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 3:21-cr-0022 |
| ) | |
| **BLAS SEBASTIAN PANZARDI DAVILA,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**ORDER**

**BEFORE THE COURT** is the Report and Recommendation of the magistrate judge recommending that the Court accept Blas Sebastian Panzardi Davila's ("Davila") plea of guilty (ECF No. 7) to Count One of the Information, charging False Statements, in violation of 18 U.S.C. § 1001(a)(2). After conducting a *de novo* review of the record and pursuant to Rule 11 of the Federal Rules of Criminal Procedure, the Court finds that Defendant Davila entered his guilty plea knowingly and voluntarily, and that there was a factual basis for the plea. The Court, therefore, will adopt the Report and Recommendation and find Davila guilty as to Count One of the Information.

In the pre-trial conference held on November 12, 2021, the defense requested an expedited sentencing. The United States did not oppose. Accordingly, it is hereby

**ORDERED** that the Report and Recommendation (ECF No. 9) is **ADOPTED;** it is further

**ORDERED** that Defendant Davila's plea of guilty as to Count One of the Information is **ACCEPTED,** and Defendant Davila is adjudged **GUILTY** on that count; it is further

**ORDERED** that, pursuant to Fed. R. Crim. P. 32(c)(1)(A), the U.S. Probation Office shall conduct a presentence investigation for the preparation of a presentence report; it is further

**ORDERED** that the U.S. Probation Office shall disclose the preliminary presentence report to the parties no later than December 10, 2021; it is further

**ORDERED** that the parties shall submit any objections or corrections to the preliminary presentence report to the U.S. Probation Office no later than December 22, 2021; it is further

**ORDERED** that the U.S. Probation Office shall disclose the final presentence report to the parties and the Court no later than January 6, 2022; it is further

**ORDERED** that the parties shall file their sentencing memoranda no later than January 20, 2022; and it is further

**ORDERED** that a sentencing hearing shall be held on Thursday, January 27, 2022, at 9:30 A.M. in St. Thomas Courtroom No. 1 before Judge Robert A. Molloy.

**Date:** November 12, 2021     /s/ *Robert A. Molloy*
                                **ROBERT A. MOLLOY**
                                **Chief Judge**